**EXHIBIT "A"**

INDEX NO. 519003/2020
RECEIVED NYSCEF: 10/06/2020

Case 1:21-cv-05836-WFK-RLM   Document 1-1   Filed 10/19/21   Page 2 of 23 PageID #: 12

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS

------------------------------------------------------------------X

ZULEMA T. BLAIR,

                          Plaintiff,

        -against-

EARLE M. ENTERPRISE, LLC and
ROBERT E. MYRIE,

                        Defendants.

------------------------------------------------------------------X

Index No.:

**SUMMONS**

Plaintiff designates Kings
County as the Place of Trial

Basis of venue is
Plaintiff's residence

Plaintiff resides at
149 Sterling Street
Brooklyn, New York

**TO THE ABOVE NAMED DEFENDANTS**:

**YOU ARE HEREBY SUMMONED** to answer the complaint in this action and to serve a copy
of your answer on the Plaintiff's Attorney(s) within 20 days after the service of this summons,
exclusive of the day of service of this summons, or within 30 days after the service of this summons
is complete if this summons is not personally delivered to you within the State of New York. In
case of your failure to appear to answer, judgment will be taken against you by default for the
relief demanded in the complaint, together with the costs of this action.

Dated: Brooklyn, New York
       October 6, 2020

Yours, etc.,

                               *CHB*
      _____

BIGNELL LAW, PLLC.
Attorneys for Plaintiff
922 Saratoga Avenue
Brooklyn, New York 11212
Phone: (718) 345-3000
Fax: (718) 345-3100

**Defendants' Addresses:**

**EARLE M. ENTERPRISE, LLC**
**3861 English Valley Drive**
**Ellenwood, Georgia 30294**

**ROBERT E. MYRIE**
**4133 Saddlewood Drive**
**Orlando, Florida 32818**

Case 1:21-cv-05836-WFK-RLM   Document 1-1   Filed 10/19/21   Page 3 of 23 PageID #: 13

**SEND TO YOUR INSURANCE COMPANY PROMPTLY**

Case 1:21-cv-05836-WFK-RLM Document 1-1 Filed 10/19/21 Page 4 of 23 PageID #: 14

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
-------------------------------------------------------------------X
ZULEMA T. BLAIR,

                               Plaintiff,

                -against-

EARLE M. ENTERPRISE, LLC and
ROBERT E. MYRIE,

                            Defendants.

-------------------------------------------------------------------X

Index No.:

**VERIFIED COMPLAINT**

      Plaintiff, ZULEMA T. BLAIR by her attorneys complaining of the defendants herein, respectfully alleges, upon information and belief, as follows:

## <u>AS AND FOR THE FIRST CAUSE OF ACTION ON BEHALF OF PLAINTIFF, ZULEMA T. BLAIR</u>

1. That at all times herein mentioned, plaintiff, ZULEMA T. BLAIR was and still is a resident of the County of Kings, City and State of New York.

2. That at all times herein mentioned, defendant, EARLE M. ENTERPRISE, LLC was and still is a domestic corporation duly organized and existing under and by virtue of the laws of the State of Georgia.

3. That at all times mentioned herein, defendant, EARLE M. ENTERPRISE, LLC was and still is a foreign corporation duly organized and existing under and by virtue of the laws of a state other than the State of Georgia but licensed to do business within the State of New York.

4. That at all times mentioned herein, defendant, EARLE M. ENTERPRISE, LLC was and is a business entity duly organized and existing pursuant to the laws of the State of New York.

5. That at all times mentioned herein, defendant, EARLE M. ENTERPRISE, LLC was and is a

Case 1:21-cv-05836-WFK-RLM Document 1-1 Filed 10/19/21 Page 5 of 23 PageID #: 15

business entity duly organized and existing pursuant to the laws of the state other than the State of Georgia but doing business within the State of New York.

6. That at all times mentioned herein, defendant EARLE M. ENTERPRISE, LLC was and is a partnership duly organized and existing pursuant to the laws of the State of New York.

7. That at all times herein mentioned, defendant EARLE M. ENTERPRISE, LLC was and still is a limited liability company duly organized and existing pursuant to the laws of the State of New York.

8. That at all times herein mentioned defendant, ROBERT E. MYRIE was and still is a resident of the County of Orlando and State of Florida.

9. Defendant, ROBERT E. MYRIE, was and is an agent, servant and/or employee of defendant, EARLE M. ENTERPRISE, LLC.

10. At all times hereinafter mentioned, defendant, ROBERT E. MYRIE, was acting within the course and scope of his employment with defendant, EARLE M. ENTERPRISE, LLC.

11. At all times hereinafter mentioned, defendant, EARLE M. ENTERPRISE, LLC was liable under the doctrine of respondent superior.

12. That at all times hereinafter mentioned defendant, EARLE M. ENTERPRISE, LLC, was the owner of a 2009 Peterbilt motor vehicle bearing Georgia State Registration Number C2254B for the year 2018.

13. Upon information and belief, that at all times and places hereinafter mentioned, the defendant, ROBERT E. MYRIE, was the operator of the aforesaid motor vehicle bearing Georgia State Registration Number C2254B.

14. Upon information and belief, that at all times and places hereinafter mentioned, the defendant, EARLE M. ENTERPRISE, LLC, was the lessee of the aforesaid motor vehicle bearing

Case 1:21-cv-05836-WFK-RLM   Document 1-1   Filed 10/19/21   Page 6 of 23 PageID #: 16

Georgia State Registration Number C2254B.

15. Upon information and belief, that at all times and places hereinafter mentioned, the defendant, EARLE M. ENTERPRISE, LLC, was the lessor of the aforesaid motor vehicle bearing Georgia State Registration Number C2254B.

16. Upon information and belief, that at all times and places hereinafter mentioned, the defendant, EARLE M. ENTERPRISE, LLC, maintained the aforesaid motor vehicle bearing Georgia State Registration Number C2254B.

17. Upon information and belief, that at all times and places hereinafter mentioned, the defendant, EARLE M. ENTERPRISE, LLC, managed the aforesaid motor vehicle bearing Georgia State Registration Number C2254B.

18. Upon information and belief, that at all times and places hereinafter mentioned, the defendant, EARLE M. ENTERPRISE, LLC, controlled the aforesaid motor vehicle bearing Georgia State Registration Number C2254B.

19. Upon information and belief, that at all times and places hereinafter mentioned, the defendant, EARLE M. ENTERPRISE, LLC, inspected the aforesaid motor vehicle bearing Georgia State Registration Number C2254B.

20. Upon information and belief, that at all times and places hereinafter mentioned, the defendant, EARLE M. ENTERPRISE, LLC, repaired the aforesaid motor vehicle bearing Georgia State Registration Number C2254B.

21. That on October 12th, 2018, and at all times hereinafter mentioned defendant, ROBERT E. MYRIE operated the aforementioned motor vehicle with the express permission of the defendant, EARLE M. ENTERPRISE, LLC.

22. That on October 12th, 2018, and at all times hereinafter mentioned defendant, ROBERT E.

Case 1:21-cv-05836-WFK-RLM Document 1-1 Filed 10/19/21 Page 7 of 23 PageID #: 17

MYRIE operated the aforementioned motor vehicle with the express consent of the defendant, EARLE M. ENTERPRISE, LLC.

23. That on October 12th, 2018, and at all times hereinafter mentioned defendant, ROBERT E. MYRIE operated the aforementioned motor vehicle with the express knowledge of the defendant, EARLE M. ENTERPRISE, LLC.

24. That on October 12th, 2018, and at all times hereinafter mentioned defendant, ROBERT E. MYRIE operated the aforementioned motor vehicle with the implied permission of the defendant, EARLE M. ENTERPRISE, LLC.

25. That on October 12th, 2018, and at all times hereinafter mentioned defendant, ROBERT E. MYRIE operated the aforementioned motor vehicle with the implied consent of the defendant, EARLE M. ENTERPRISE, LLC.

26. That on October 12th, 2018, and at all times hereinafter mentioned defendant, ROBERT E. MYRIE operated the aforementioned motor vehicle with the implied knowledge of the defendant, EARLE M. ENTERPRISE, LLC.

27. Upon information and belief, that at all times and places hereinafter mentioned, the defendant, ROBERT E. MYRIE, was the lessee of the aforesaid motor vehicle bearing Georgia State Registration Number C2254B.

28. Upon information and belief, that at all times and places hereinafter mentioned, the defendant, ROBERT E. MYRIE, was the lessor of the aforesaid motor vehicle bearing Georgia State Registration Number C2254B.

29. Upon information and belief, that at all times and places hereinafter mentioned, the defendant, ROBERT E. MYRIE, maintained the aforesaid motor vehicle bearing Georgia State Registration Number C2254B.

Case 1:21-cv-05836-WFK-RLM Document 1-1 Filed 10/19/21 Page 8 of 23 PageID #: 18

30. Upon information and belief, that at all times and places hereinafter mentioned, the defendant, ROBERT E. MYRIE, managed the aforesaid motor vehicle bearing Georgia State Registration Number C2254B.

31. Upon information and belief, that at all times and places hereinafter mentioned, the defendant, ROBERT E. MYRIE, controlled the aforesaid motor vehicle bearing Georgia State Registration Number C2254B.

32. Upon information and belief, that at all times and places hereinafter mentioned, the defendant, ROBERT E. MYRIE, inspected the aforesaid motor vehicle bearing Georgia State Registration Number C2254B.

33. Upon information and belief, that at all times and places hereinafter mentioned, the defendant, ROBERT E. MYRIE, repaired the aforesaid motor vehicle bearing Georgia State Registration Number C2254B.

34. Upon information and belief, that at all times and places hereinafter mentioned, the plaintiff was an operator of a motor vehicle bearing New York State Registration Number HYK9686.

35. That at all times and places hereinafter mentioned, Classon Avenue at or near its intersection with Flushing Avenue, in the County of Kings, City and State of New York, was and still is a public street/highway in common use of the residents of the City and State of New York and others.

36. That on October 12th, 2018, plaintiff, ZULEMA T. BLAIR, was lawfully and properly operating a motor vehicle at the above-mentioned location.

37. Upon information and belief, that at all times and places hereinafter mentioned, the defendant, ROBERT E. MYRIE was solely responsible for the proper and prudent operation, management, maintenance and control of his aforesaid motor vehicle.

38. That on October 12th, 2018, at the aforementioned location, the aforesaid motor vehicle owned by defendant, EARLE M. ENTERPRISE, LLC and operated by defendant, ROBERT E. MYRIE struck the motor vehicle operated by plaintiff.

39. That on October 12th, 2018, at the aforementioned location, the aforesaid motor vehicle owned by defendant, EARLE M. ENTERPRISE, LLC and operated by defendant, ROBERT E. MYRIE came into contact with the motor vehicle operated by plaintiff.

40. That on or about October 12th, 2018, at approximately 3:59 P.M. the subject motor vehicle owned by defendant, EARLE M. ENTERPRISE, LLC, operated, managed, maintained, controlled, inspected and repaired by defendant, ROBERT E. MYRIE, violently collided and came in contact with a motor vehicle operated, managed, maintained, controlled, inspected and repaired by plaintiff, causing the plaintiff to sustain serious and permanent injuries as hereinafter alleged.

41. That as a result thereof, the plaintiff, was caused to sustain severe and serious injuries.

42. That the aforesaid occurrence was caused by reason of the carelessness, recklessness and negligence of the defendant, ROBERT E. MYRIE in the operation, maintenance, management and control of his aforesaid automobile without any negligence on the part of the plaintiff contributing thereto.

43. That the plaintiff's said injuries and damages were caused by the reckless, carelessness and negligence of the defendant, ROBERT E. MYRIE in negligent operation of the aforesaid motor vehicle, without any fault of negligence on the part of the plaintiff contributing thereto in any manner, and said injuries are severe and permanent.

44. That as a result of the aforesaid occurrence, the plaintiff, was rendered sick, sore, lame and disabled and has remained so since the said occurrence. She has sustained nervous shock and

INDEX NO. 519003/2020
RECEIVED NYSCEF: 10/06/2020

continues to suffer mental anguish and great physical pain. She has been compelled to undergo medical aid, treatment and attention and expand money and incur obligations for physicians' services, medical and hospital expenses for the care and treatment of her injuries; and upon information and belief, he will be compelled to expend additional sums of money and incur further obligations in the future for additional physicians' services, medical and hospital expenses for the further care and treatment of his injuries. She has been incapacitated from attending to her usual duties, functions, occupations, vocations and avocations, and in other ways she was damaged, and upon information and belief may be so incapacitated in the future and will suffer pecuniary losses.

45. That the plaintiff, ZULEMA T. BLAIR, sustained serious injuries and economic loss greater than basic economic loss as to satisfy the exceptions of Sections 5102 and 5104 of the Insurance Law.

46. Upon information and belief, that this action falls within one or more of the exceptions enunciated in Section 1601 and 1602 of the New York CPLR.

47. That plaintiff is not seeking to recover any damages for which plaintiff has been reimbursed by no-fault insurance and/or for which no-fault insurance is obligated to reimburse plaintiff. Plaintiff is only seeking to recover those damages not recoverable through no-fault insurance under the facts and circumstances in this action.

48. The plaintiff was caused to sustain and incur medical bills and out-of-pocket expenses in a sum which exceeds the jurisdictional limitations of all lower courts which would otherwise have jurisdiction over this action.

49. That by reason of the foregoing, plaintiff, ZULEMA T. BLAIR, has been damaged in the sum which exceeds the jurisdictional limitations of all lower courts which would otherwise

Case 1:21-cv-05836-WFK-RLM Document 1-1 Filed 10/19/21 Page 11 of 23 PageID #: 21

have jurisdiction over this action.

## AS AND FOR THE SECOND CAUSE OF ACTION ON BEHALF OF PLAINTIFF, ZULEMA T. BLAIR

50. The plaintiff, ZULEMA T. BLAIR, repeats, reiterates and realleges each and every allegation contained in Paragraphs "1" through "49" inclusive, of the first cause of action, with the same force and effect, as if more fully set forth herein at length.

51. The defendant, EARLE M. ENTERPRISE, LLC, negligently failed to evaluate, inspect, inquire into and review defendant, ROBERT E. MYRIE driving record prior to hiring / retaining him.

52. The defendant, EARLE M. ENTERPRISE, LLC, negligently failed to periodically review and evaluate defendant, ROBERT E. MYRIE driving record prior to hiring / retaining him.

53. The defendant, EARLE M. ENTERPRISE, LLC, negligently failed to train, instruct and supervise the defendant, ROBERT E. MYRIE regarding the operation of a motor vehicle.

54. The defendant, EARLE M. ENTERPRISE, LLC, negligently entrusted the aforesaid 2009 Peterbilt motor vehicle to the defendant, ROBERT E. MYRIE.

55. That at all times as stated herein upon information and belief defendant, EARLE M. ENTERPRISE, LLC, negligently entrusted 2009 Peterbilt motor vehicle bearing Georgia State Registration Number C2254B to defendant, ROBERT E. MYRIE in that defendant, EARLE M. ENTERPRISE, LLC possessed special knowledge concerning a characteristic or condition peculiar to defendant, ROBERT E. MYRIE that rendered his use of the vehicle unreasonably dangerous, at the time and place stated herein.

56. The aforesaid occurrence and resulting injuries to the plaintiff, ZULEMA T. BLAIR due solely to the carelessness, recklessness and negligence of the defendants without any fault or wrongful doing on the part of the plaintiff contributing thereto.

INDEX NO. 519003/2020
Case 1:21-cv-05836-WFK-RLM   Document 1-1   Filed 10/19/21   Page 12 of 23 PageID #: 22
RECEIVED NYSCEF: 10/06/2020

57. The aforesaid occurrence and resulting injuries to plaintiff, ZULEMA T. BLAIR were due to the carelessness, recklessness and negligence of the defendants.

58. Defendants, their agents, servants, licensees and employees, were negligent, careless and reckless in the ownership, operation, management, maintenance, repair, supervision, training, inquiry, instruction, entrustment, use and control of the aforesaid vehicle(s) and were otherwise negligent, careless and reckless under the circumstances then and there prevailing.

59. Defendant EARLE M. ENTERPRISE, LLC, their agents, servants, licensees and employees, were negligent, careless and reckless in the hiring, retention, evaluation, supervision, training, inquiry, instruction of defendant, ROBERT E. MYRIE who was unqualified, incompetent, and/or negligent and careless, and were otherwise negligent, careless and reckless under the circumstances then and there prevailing.

**WHEREFORE**, the plaintiff, ZULEMA T. BLAIR, demands judgment against the defendants, EARLE M. ENTERPRISE, LLC and ROBERT E. MYRIE in an amount which exceeds the jurisdictional limitations of all lower courts which would otherwise have jurisdiction over this action: together with the interest, costs and disbursements.

Dated: Brooklyn, New York
      October 6, 2020

Yours etc.,

*CHB*
_____

BIGNELL LAW, PLLC.
Attorneys for Plaintiff
922 Saratoga Avenue
Brooklyn, New York 11212
Phone: (718) 345-3000
Fax: (718) 345-3100

Case 1:21-cv-05836-WFK-RLM Document 1-1 Filed 10/19/21 Page 13 of 23 PageID #: 23

**EARLE M. ENTERPRISE, LLC**
**3861 English Valley Drive**
**Ellenwood, Georgia 30294**

**ROBERT E. MYRIE**
**4133 Saddlewood Drive**
**Orlando, Florida 32818**

Case 1:21-cv-05836-WFK-RLM   Document 1-1   Filed 10/19/21   Page 14 of 23 PageID #: 24

## VERIFICATION

STATE OF NEW YORK )
                               )ss:
COUNTY OF *Kings* )

I, the undersigned, being duly sworn depose and say:

I am Plaintiff in the within action. I have read the foregoing *Summons and Complaint* and know the contents thereof. The content is true to my own knowledge except as to matters therein stated to be alleged upon information and belief, and as to those matters I believe them to be true.

Sworn before me this

6th Day of Oct. 20 20

Notary Public

                      Lyudmila Pak
               Commissioner of Deeds
        City of New York No. 2-14317
          Certificate Filed in Kings
      Commission Expires Oct 1, 202 1

Case 1:21-cv-05836-WFK-RLM   Document 1-1   Filed 10/19/21   Page 15 of 23 PageID #: 25

Index No.:

## SUPREME COURT OF THE STATE OF NEW YORK
## COUNTY OF KINGS

-------------------------------------------------------------------X

ZULEMA T. BLAIR,

Plaintiff,

-against -


EARLE M. ENTERPRISE, LLC and
ROBERT E. MYRIE,

Defendants.


-------------------------------------------------------------------X

---

### SUMMONS AND VERIFIED COMPLAINT

---


**BIGNELL LAW, PLLC.**
**Attorneys for Plaintiff**
**922 Saratoga Avenue**
**Brooklyn, New York 11212**
**Phone: (718) 345-3000**
**Fax: (718) 345-3100**

Case 1:21-cv-05836-WFK-RLM   Document 1-1   Filed 10/19/21   Page 16 of 23 PageID #: 26

## AFFIDAVIT OF SERVICE

| State of New York | County of Kings | Supreme Court |
|---|---|---|

Index Number: 519003/2020
Date Filed: 10/6/2020

Plaintiff:
**Zulema T. Blair**

vs.

Defendant:
**Earle M. Enterprise, LLC and Robert E. Myrie**

**State of New York, County of Albany)ss.:**

Received by Capital Process Servers, Inc. to be served on **Robert E. Myrie**.

I, James Boland, being duly sworn, depose and say that on the **30th day of November, 2020 at 3:15 pm, I:**

Served the within named individual by delivering a true copy of the **Notice of Electronic Filing, Summons and Verified Complaint pursuant to section 253 VTL together with statutory service fee in the amount of $10.00** to Amy Lesch as Business Document Specialist of New York State Department of State, 99 Washington Avenue, Albany, NY 12207, as Registered Agent pursuant to section 253 VTL, in compliance with state statutes. Thereafter deponent enclosed a copy thereof in a postpaid first class envelope, certified mail, return receipt requested, properly addressed to defendant at defendant's last known dwelling place as follows: 4133 Saddlewood Drive, Orlando, FL 32818 Certified Mail no: 70191640000107039480 on 1/14/21

Said documents were conformed with index number and date of filing was endorsed thereon.

**Description** of Person Served: Age: 45, Sex: F, Race/Skin Color: White, Height: 5'8", Weight: 180, Hair: Brown, Glasses: N

I am over the age of 18 and have no interest in the above action.

James Boland
Process Server

**Capital Process Servers, Inc.**
**265 Post Avenue  Suite 150**
**Westbury, NY  11590**
**(516) 333-6380**

Subscribed and Sworn to before me on the 15th day of January, 2021 by the affiant who is personally known to me.

NOTARY PUBLIC

PATRICIA A. BURKE
NOTARY PUBLIC-STATE OF NEW YORK
No. 01BU4922372
Qualified In Albany County
My Commission Expires February 28, _____

Our Job Serial Number: 2021000160
Ref: 1126071

Copyright © 1992-2009 Database Services, Inc. - Process Server's Toolbox V6.3x

1 of 3

**SENDER: COMPLETE THIS SECTION**

- ...ete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Robert E. Myrie
4133 Saddlewood Drive
Orlando, FL 32818

9590 9402 4961 9063 8655 48

2. Article Number (Transfer from service label)

7019 1640 0001 0703 9480

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X [signature] ☑ Agent ☐ Addressee

B. Received by (Printed Name) Robert E. Myrie

C. Date of Delivery 1-23-21

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
...d Mail
...d Mail Restricted Delivery
(over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 Domestic Return Receipt

---

7019 1640 0001 0703 9480

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Orlando, FL 32818

**OFFICIAL USE**

| | | |
|---|---|---|
| Certified Mail Fee $ | $3.55 | 0207 |
| Extra Services & Fees (check box, add fee as appropriate) | $2.85 | 35 |
| ☐ Return Receipt (hardcopy) | $ $0.00 | |
| ☐ Return Receipt (electronic) | $ $0.00 | Postmark Here |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | |
| ☐ Adult Signature Required | $ $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ $0.00 | |
| Postage $ | $0.85 | |
| Total Postage and Fees $ | $7.25 | 01/14/2021 |

Sent To Robert E. Myrie
Street and Apt. No., or PO Box No. 4133 Saddlewood Drive
City, State, ZIP+4® Orlando, FL 32818

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions





Case 1:21-cv-05836-WFK-RLM  Document 1-1  Filed 10/19/21  Page 19 of 23 PageID #: 29

State of New York - Department of State
Receipt for Service

Receipt #:  202012280069                    Cash #: 202012280066
Date of Service:  11/30/2020                Fee Paid: $10 - CHECK
Service Company:  31 SERVINATOR LEGAL SUPPORT SERVICES, INC.

Service was directed to be made pursuant to:  SECTION 253 OF THE VEHICLE &
   TRAFFIC LAW

Party Served:  MYRIE, ROBERT E


Plaintiff/Petitioner:
              BLAIR, ZULEMA T




Service of Process Address:

,

                                          Secretary of State
                                           By  AMY LESCH

INDEX NO. 519003/2020

Case 1:21-cv-05836-WFK-RLM   Document 1-1   Filed 10/19/21   Page 20 of 23 PageID #: 30

RECEIVED NYSCEF: 02/04/2021

## AFFIDAVIT OF SERVICE

**State of New York**  **County of Kings**  **Supreme Court**

Index Number: 519003/2020
Date Filed: 10/6/2020

Plaintiff:
**Zulema T. Blair**

vs.

Defendant:
**Earle M. Enterprise, LLC and Robert E. Myrie**

**State of New York, County of Albany)ss.:**

Received by Capital Process Servers, Inc. to be served on **Earle M. Enterprise, LLC.**

I, James Boland, being duly sworn, depose and say that on the **30th day of November, 2020** at **3:15 pm**, I:

Served the within named individual by delivering a true copy of the **Notice of Electronic Filing, Summons and Verified Complaint pursuant to section 253 VTL together with statutory service fee in the amount of $10.00** to Amy Lesch as Business Document Specialist of New York State Department of State, 99 Washington Avenue, Albany, NY 12207, as Registered Agent pursuant to section 253 VTL, in compliance with state statutes. Thereafter deponent enclosed a copy thereof in a postpaid first class envelope, certified mail, return receipt requested, properly addressed to defendant at defendant's last known dwelling place as follows: 3861 English Valley Drive, Ellenwood, GA 30294 Certified Mail no: 70191640000107039497 on 1/14/21

Said documents were conformed with index number and date of filing was endorsed thereon.

**Description** of Person Served:  Age: 45,  Sex: F,  Race/Skin Color: White,  Height: 5'8",  Weight: 180,  Hair: Brown, Glasses: N

I am over the age of 18 and have no interest in the above action.

**James Boland**
Process Server

**Capital Process Servers, Inc.**
**265 Post Avenue  Suite 150**
**Westbury, NY  11590**
**(516) 333-6380**

Subscribed and Sworn to Before me on the 15th day of January, 2021 by the affiant who is personally known to me.

NOTARY PUBLIC

PATRICIA A. BURKE
NOTARY PUBLIC-STATE OF NEW YORK
No. 01BU4922372
Qualified in Albany County
My Commission Expires February 28,

Our Job Serial Number: 2021000161
Ref: 1126070

Copyright © 1992-2009 Database Services, Inc. - Process Server's Toolbox V6.3x

1 of 3

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

**For delivery information, visit our website at www.usps.com®.**

Ellenwood, GA 30294    OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee | $3.55 |
| $ | $2.95 |

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)    $ $0.00
☐ Return Receipt (electronic)    $ $0.00
☐ Certified Mail Restricted Delivery    $ $0.00
☐ Adult Signature Required    $ $0.00
☐ Adult Signature Restricted Delivery    $

Postmark Here

Postage    $0.85

Total Postage and Fees    $7.25

01/14/2021

Sent To  Earle M. Enterprise, LLC
Street and Apt. No., or PO Box No.  3861 English Valley Drive
City, State, ZIP+4®  Ellenwood, GA 30294

7019 1640 0001 0703 9497

0207
35

**PS Form 3800, April 2015** PSN 7530-02-000-9047    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Earle M. Enterprise, LLC
3861 English Valley Drive
Ellenwood, GA 30294

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 4961 9063 8655 31

2. Article Number *(Transfer from service label)*
7019 1640 0001 0703 9497

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent
                    ☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

**PS Form 3811, July 2015** PSN 7530-02-000-9053    Domestic Return Receipt

Case 1:21-cv-05836-WFK-RLM   Document 1-1   Filed 10/19/21   Page 22 of 23 PageID #: 32

State of New York - Department of State
Receipt for Service

Receipt #:  202012280070                        Cash #: 202012280067
Date of Service:  11/30/2020            Fee Paid: $10 - CHECK
Service Company:  31 SERVINATOR LEGAL SUPPORT SERVICES, INC.

Service was directed to be made pursuant to:  SECTION 253 OF THE VEHICLE &
    TRAFFIC LAW

Party Served:  EARLE M. ENTERPRISE, LLC


Plaintiff/Petitioner:
        BLAIR, ZULEMA T




Service of Process Address:

'

                                                Secretary of State
                                                By  AMY LESCH

3 of 3

FILED: KINGS COUNTY CLERK 01/30/2021 01:18 PM                                    INDEX NO. 519003/2020

NYSCEF DOC. NO. 3                    Case 1:21-cv-05836-WFK-RLM   Document 1-1   Filed 10/19/21   Page 23 of 23 PageID #: 33          RECEIVED NYSCEF: 01/30/2021

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF** KINGS

## STATEMENT OF AUTHORIZATION FOR
## <u>ELECTRONIC FILING</u>
## (Single Attorney Authorizing Individual Filing Agent)

I, Christopher H Bignell , Esq., ( Attorney Registration No. 5180278 ) am an authorized user of the New York State Courts Electronic Filing System ("NYSCEF") (User ID also 5180278 ). I hereby authorize smshurqi ("the filing agent") to utilize his/her NYSCEF filing agent ID to file documents on my behalf and at my direction in any e-filed matter in which I am counsel of record through the NYSCEF system, as provided in Section 202.5-b of the Uniform Rules for the Trial Courts.

This authorization extends to any consensual matter in which I have previously consented to e-filing, to any mandatory matter in which I have recorded my representation, and to any matter in which I may authorize the filing agent to record my consent or representation in the NYSCEF system.

This authorization extends to any and all documents I generate and submit to the filing agent for filing in any such matter. This authorization, posted once on the NYSCEF website as to each matter in which I am counsel of record, shall be deemed to accompany any document filed in that matter by the filing agent.

This authorization also extends to matters of payment, which the filing agent may make either by debiting an account the filing agent maintains with the County Clerk of any authorized e-filing county or by debiting an account I maintain with the County Clerk of any authorized e-filing county.

This authorization regarding this filing agent shall continue until I revoke it in writing on a prescribed form delivered to the E-Filing Resource Center.

Dated: 3/14/18

_____
Signature

Christopher H Bignell, Esq
_____
Print Name

Bignell Law, PLLC
_____
Firm/Department

144 Decatur St, Ste B2
_____
Street Address

Brooklyn NY 11233
_____
City, State and Zip Code

800-337-6664
_____
Phone

cb@bignellaw.com
_____
E-Mail Address

(6/6/13)